UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

Lamard Joye and Lateefah Joye[1],

                              Plaintiffs,

-against-

City of New York, Police Officer William Montemarano, Police Officer Michael Saluzzi, Police Officer Patrick Lindie, Police Officer Nicholas Brush, Police Officer Francisco Espinal, Police Officer Ronald Remo, John Doe 1-10,

                              Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 cv 5288 (SJ) (PK)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

---

[1] The Stipulation and Order of Dismissal dismissing with prejudice the above-referenced action as to plaintiff Terrell Haskin's claims was filed on August 26, 2016. (See Docket Entry No. 28).

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       10/26     , 2017

ROBERT MARINELLI
*Attorney for Plaintiffs*
305 Broadway 9th Floor
New York, NY 10007

By: _____
    Robert Marinelli
    *Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants* City of New York, Montemarano, Saluzzi, Lindie, Brush, Espinal, and Remo
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Joshua Friedman
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017